# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

YVONNE COE,

      Plaintiff,                                                Case No. 8:17-cv-01649-JDW-TBM

v.

CREDENCE RESOURCE
MANAGEMENT, LLC,

      Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

      Defendant, Credence Resource Management, LLC (CRM), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: August 6, 2018                       Respectfully Submitted,

                                                      */s/ Ashley N. Rector*
                                                      Ashley N. Rector, Esq.
                                                      Florida Bar No. 0106605
                                                      Dayle M. Van Hoose, Esq.
                                                      Florida Bar No. 0016277
                                                      SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                                      3350 Buschwood Park Drive, Suite 195
                                                      Tampa, Florida 33618
                                                      Telephone: (813) 440-5327
                                                      Facsimile: (866) 466-3140
                                                      arector@sessions.legal
                                                      dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Credence Resource Management, LLC*

**CERTIFICATE OF SERVICE**

I certify that on this 6th day of August 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

David P. Mitchell, Esq.
Maney & Gordon, P.A.
101 East Kennedy Blvd., Suite 3170
Tampa, FL 33602
David@MitchellConsumerLaw.com
Karin@MitchellConsumerLaw.com

*/s/ Ashley N. Rector*
Attorney