UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YVONNE COE,

    Plaintiff,

vs.                                            Case No. 8:17-cv-01649-T-27TBM

CREDENCE RESOURCE
MANAGEMENT, LLC,

    Defendant.
_____/

### ORDER

    The Court has been advised that this action has been settled (Dkt. 16). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., this cause is **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

    **DONE AND ORDERED** this 7th day of August, 2018.

                                                                 JAMES D. WHITTEMORE
                                                                 United States District Judge

Copies to:
Counsel of Record