IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE  DISTRICT OF FLORIDA
TAMPA DIVISION

YVONNE COE,

    Plaintiff,

               Case No. 8:17-cv-01649-JDW=TBM

vs.

CREDENCE RESOURCE
MANAGEMENT, LLC,

    Defendant

_____ /

## <u>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE</u>

   Plaintiff, YVONNE COE, and Defendant, CREDENCE RESOURCE MANAGEMENT, LCC, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above matter with prejudice. Both parties will bear their own fees and costs.

   Dated this 31st day of October, 2018.

<table>
<tr><td>

*/s/Ashley N. Rector*
Ashley N. Rector
Florida Bar No.: 0106605
Sessions, Fishman, Nathan & Israel, L.L.C.
3350 Buschwood Park Drive
Suite 195
Tampa, Florida 33618
Tele: (813) 440-5327
Fax: (866) 466-3140
arector@sessions.legal
Counsel for Defendant

</td><td>

*/s/ David P. Mitchell*
David P. Mitchell
Florida Bar No.: 067249
Maney & Gordon, P.A.
101 E. Kennedy Blvd., Suite 1700
Tampa, Florida  33602
Tele: (813) 221-1366
Fax: (813) 223-5920
David@Mitchellconsumerlaw.com
Counsel for Plaintiff

</td></tr>
</table>

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 31, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

/s/ David P. Mitchell
_____
David P. Mitchell, Esquire
Florida Bar No.: 067249