UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**YVONNE COE,**

    **Plaintiff,**

vs.                                       Case No. 8:17-cv-01649-T-27CPT

**CREDENCE RESOURCE
MANAGEMENT, LLC,**

    **Defendant.**
_____/

**ORDER**

    **BEFORE THE COURT** is the Joint Stipulation for Dismissal With Prejudice (Dkt. 18). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk is instructed to **CLOSE** the file.

    **DONE AND ORDERED** this 31st day of October, 2018.

*/s/ James D. Whittemore*

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record